IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BENNETT GEORGE GRAY, V, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:25-cv-02224-RJD[1] |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

**DALY, Magistrate Judge:**

This matter comes before the Court on Defendant's Motion to Remand to the Commissioner. (Doc. 21).

Defendant asks that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff did not file a response opposing the motion. A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error and is itself a final, appealable order. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

For good cause shown, and in light of Plaintiff's failure to respond, the Defendant's Motion to Remand to the Commissioner (Doc. 21) is **GRANTED**. On remand, the ALJ will give further consideration to the claimant's maximum residual functional capacity during the entire period at issue and provide rationale with specific references to evidence of record in support of assessed

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). (Doc. 10).

limitations (Social Security Ruling 96-8p). In so doing, the ALJ will evaluate the prior administrative medical findings pursuant to the provisions of 20 C.F.R. §§ 404.1520c and 416.920c.

Plaintiff applied for benefits on June 27, 2022. (Tr. 25). While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

The final decision of the Commissioner of Social Security denying Plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of Plaintiff. All pending deadlines are moot.

**IT IS SO ORDERED.**

**DATED:  July 20, 2026**

**Hon. Reona J. Daly**
**United States Magistrate Judge**